# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| **NORTH CAROLINIANS FOR PRIVACY**, an unincorporated nonprofit association; | **Case No. 5:16-CV-00245-FL** |
| Plaintiff, | **The Honorable Louise Flanagan** |
| vs. | |
| **UNITED STATES DEPARTMENT OF JUSTICE; LORETTA E. LYNCH**, in her official capacity as United States Attorney General; **UNITED STATES DEPARTMENT OF EDUCATION**; and **JOHN B. KING, JR.,** in his official capacity as United States Secretary of Education. | **Notice of Appearance of Deborah J. Dewart** |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Deborah J. Dewart of Liberty, Life and Law Foundation, whose office address and telephone number appear below, hereby enters an appearance in the above-captioned case as local counsel pursuant to Local Civil Rule 83.1 for Plaintiff North Carolinians For Privacy. Plaintiff requests that all notices, pleadings, correspondence, or other papers or items to be served in this case be directed to the undersigned for Plaintiff.

Respectfully submitted this 12th day of May, 2016.

/s/ Deborah J. Dewart
DEBORAH J. DEWART
North Carolina Bar No. 30602
**LIBERTY, LIFE AND LAW FOUNDATION**
620 E. Sabiston Drive
Swansboro, NC 28584-9674
(910) 326-4554
(877) 326-4585 Fax
debcpalaw@earthlink.net
Local Civil Rule 83.1 Counsel

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 12, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

/s/ Deborah J. Dewart
DEBORAH J. DEWART
