# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| **NORTH CAROLINIANS FOR PRIVACY**, an unincorporated nonprofit association;<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**; **LORETTA E. LYNCH**, in her official capacity as United States Attorney General; **UNITED STATES DEPARTMENT OF EDUCATION**; and **JOHN B. KING, JR.,** in his official capacity as United States Secretary of Education.<br><br>Defendants. | **Case No. 5:16-CV-00245-FL**<br><br>**The Honorable Louise Flanagan**<br><br>**NOTICE OF APPEARANCE OF JOSEPH E. LA RUE** |

PLEASE TAKE NOTICE that Joseph E. La Rue of Alliance Defending Freedom, whose office address and telephone number appear below, hereby enters his appearance in the above-captioned matter on behalf of Plaintiff North Carolinians For Privacy. Deborah J. Dewart of Liberty, Life and Law Foundation is designated as the Local Civil Rule 83.1 Counsel in this case.

Respectfully submitted this 16th day of May, 2016.

| | |
|---|---|
| /s/ Joseph E. La Rue<br>JOSEPH E. LA RUE<br>AZ Bar No. 031348<br>**ALLIANCE DEFENDING FREEDOM**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jlarue@adflegal.org | /s/ Deborah J. Dewart<br>DEBORAH J. DEWART<br>North Carolina Bar No. 30602<br>**LIBERTY, LIFE AND LAW FOUNDATION**<br>620 E. Sabiston Drive<br>Swansboro, NC 28584-9674<br>(910) 326-4554<br>(877) 326-4585 Fax<br>debcpalaw@earthlink.net<br>Local Civil Rule 83.1 Counsel |

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 16, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

/s/ Joseph E. La Rue
JOSEPH E. LA RUE
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jlarue@adflegal.org