UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **NORTH CAROLINIANS FOR PRIVACY**, an unincorporated nonprofit association;<br><br>   Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**; **LORETTA E. LYNCH**, in her official capacity as United States Attorney General; **UNITED STATES DEPARTMENT OF EDUCATION**; and **JOHN B. KING, JR.,** in his official capacity as United States Secretary of Education.<br><br>   Defendants. | **Case No. 5:16-CV-00245-FL**<br><br>**The Honorable Louise Flanagan**<br><br>**NOTICE OF APPEARANCE OF JEREMY D. TEDESCO** |

PLEASE TAKE NOTICE that Jeremy D. Tedesco of Alliance Defending Freedom, whose office address and telephone number appear below, hereby enters his appearance in the above-captioned matter on behalf of Plaintiff North Carolinians For Privacy. Deborah J. Dewart of Liberty, Life and Law Foundation is designated as the Local Civil Rule 83.1 Counsel in this case.

Respectfully submitted this 16th day of May, 2016.

/s/ Jeremy D. Tedesco
JEREMY D. TEDESCO
AZ Bar No. 023497
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jtedesco@adflegal.org

/s/ Deborah J. Dewart
DEBORAH J. DEWART
North Carolina Bar No. 30602
LIBERTY, LIFE AND LAW FOUNDATION
620 E. Sabiston Drive
Swansboro, NC 28584-9674
(910) 326-4554
(877) 326-4585 Fax
debcpalaw@earthlink.net
Local Civil Rule 83.1 Counsel

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 16, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

/s/ Jeremy D. Tedesco
JEREMY D. TEDESCO
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jtedesco@adflegal.org