UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **NORTH CAROLINIANS FOR PRIVACY**, an unincorporated nonprofit association;<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**; **LORETTA E. LYNCH**, in her official capacity as United States Attorney General; **UNITED STATES DEPARTMENT OF EDUCATION**; and **JOHN B. KING, JR.,** in his official capacity as United States Secretary of Education.<br><br>Defendants. | **Case No. 5:16-CV-00245-FL**<br><br>**The Honorable Louise Flanagan**<br><br>**NOTICE OF APPEARANCE OF J. MATTHEW SHARP** |

PLEASE TAKE NOTICE that J. Matthew Sharp of Alliance Defending Freedom, whose office address and telephone number appear below, hereby enters his appearance in the above-captioned matter on behalf of Plaintiff North Carolinians For Privacy. Deborah J. Dewart of Liberty, Life and Law Foundation is designated as the Local Civil Rule 83.1 Counsel in this case.

Respectfully submitted this 23rd day of May, 2016.

/s/ J. Matthew Sharp
J. MATTHEW SHARP
GA Bar No. 607842
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road, NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-6744 Fax
msharp@ADFlegal.org

/s/ Deborah J. Dewart
DEBORAH J. DEWART
North Carolina Bar No. 30602
**LIBERTY, LIFE AND LAW FOUNDATION**
620 E. Sabiston Drive
Swansboro, NC 28584-9674
(910) 326-4554
(877) 326-4585 Fax
debcpalaw@earthlink.net
Local Civil Rule 83.1 Counsel

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 23, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

/s/ J. Matthew Sharp
J. MATTHEW SHARP
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road, NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-6744 Fax
msharp@ADFlegal.org