# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| **PATRICK MCCRORY,** in his official capacity as Governor of North Carolina; **FRANK PERRY,** in his official capacity as Secretary of the North Carolina Department of Public Safety,<br><br>    Plaintiffs in No. 5:16-cv-238,<br><br>**NORTH CAROLINIANS FOR PRIVACY**, an unincorporated nonprofit association;<br><br>    Plaintiff in 5:16-cv-245,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE; LORETTA E. LYNCH,** in her official capacity as Attorney General of the United States; **VANITA GUPTA,** in her official capacity as Principal Deputy Assistant Attorney General,<br><br>    Defendants in No. 5:16-cv-238,<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**; **LORETTA E. LYNCH**, in her official capacity as United States Attorney General; **UNITED STATES DEPARTMENT OF EDUCATION**; and **JOHN B. KING, JR.,** in his official capacity as United States Secretary of Education.<br><br>    Defendants in No. 5:16-cv-245. | **Case Nos.**<br>**5:16-cv-238-BO**<br>**5:16-cv-245-FL** |

## ORDER

Having reviewed the motion to consolidate and supporting documents, it is hereby

ORDERED that *North Carolinians for Privacy v. United States Department of Justice*,

No. 5:16-cv-245-FL (E.D.N.C. May 10, 2016), is consolidated with *McCrory v. United States*, No. 5:16-cv-238-BO (E.D.N.C. May 9, 2016).

_____
United States District Judge

Dated: _____, 2016.