UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK L. MCCRORY, in his official capacity as Governor of the State of North Carolina, and FRANK PERRY, in his official capacity as Secretary, North Carolina Department of Public Safety,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE, LORETTA E. LYNCH, in her official capacity as United States Attorney General, and VANITA GUPTA, in her official capacity as Principal Deputy Assistant Attorney General,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:16-cv-238-BO |
| NORTH CAROLINIANS FOR PRIVACY, an unincorporated nonprofit association,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, LORETTA E. LYNCH, in her official capacity as United States Attorney General, UNITED STATES DEPARTMENT OF EDUCATION, and JOHN B. KING, JR., in his official capacity as United States Secretary of Education,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:16-cv-245-FL |

# RESPONSE OF GOVERNOR MCCRORY AND SECRETARY PERRY REGARDING MOTION TO CONSOLIDATE FILED BY NORTH CAROLINIANS FOR PRIVACY

Patrick L. McCrory, in his official capacity as Governor of the State of North Carolina, and Frank Perry, in his official capacity as Secretary, North Carolina Department of Public Safety, hereby respond to the motion to consolidate filed by North Carolinians for Privacy on May 24, 2016 (D.E. #22 in Case No. 5:16-cv-238-BO & D.E. #12 in Case No. 5:16-cv-245-FL), by stating that they do not oppose the motion.

Respectfully submitted, this the 17th day of June, 2016.

BOWERS LAW OFFICE LLC

By: /s/ Karl S. Bowers, Jr.
Karl S. Bowers, Jr.*
Federal Bar #7716
P.O. Box 50549
Columbia, SC 29250
Telephone: (803) 260-4124
E-mail: butch@butchbowers.com
*appearing pursuant to Local Rule 83.1(e)
*Counsel for Governor Patrick L. McCrory and Secretary Frank Perry*

MCGLINCHEY STAFFORD

By: /s/ Robert N. Driscoll
Robert N. Driscoll*
1275 Pennsylvania Avenue NW
Suite 420
Washington, DC 20004
Telephone: (202) 802-9950
Facsimile: (202) 403-3870
E-mail: rdriscoll@mcglinchey.com
*appearing pursuant to Local Rule 83.1(d)
*Counsel for Governor Patrick L. McCrory*

By: /s/ Robert C. Stephens
Robert C. Stephens (State Bar #4150)
General Counsel
Office of the Governor of North Carolina
20301 Mail Service Center
Raleigh, North Carolina 27699
Telephone: (919) 814-2027
Facsimile: (919) 733-2120
E-mail: bob.stephens@nc.gov
*appearing as Local Rule 83.1 Counsel
*Counsel for Governor Patrick L. McCrory*

MILLBERG GORDON STEWART PLLC

By: /s/ William W. Stewart, Jr.
William W. Stewart, Jr. (State Bar #21059)
Frank J. Gordon (State Bar #15871)
B. Tyler Brooks (State Bar #37604)
1101 Haynes Street, Suite 104
Raleigh, NC 27604
Telephone: (919) 836-0090
Fax: (919) 836-8027
Email: bstewart@mgsattorneys.com
fgordon@mgsattorneys.com
tbrooks@mgsattorneys.com
*Counsel for Governor Patrick L. McCrory*

3

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 17th day of June, 2016.

By: /s/ William W. Stewart, Jr.
William W. Stewart, Jr. (State Bar #21059)
Frank J. Gordon (State Bar #15871)
B. Tyler Brooks (State Bar #37604)
1101 Haynes Street, Suite 104
Raleigh, NC  27604
Telephone: (919) 836-0090
Fax:  (919) 836-8027
Email: bstewart@mgsattorneys.com
       fgordon@mgsattorneys.com
       tbrooks@mgsattorneys.com
*Counsel for Governor Patrick L. McCrory*
